# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEFFREY BUTLER, as Administrator of the Estate of Aleshia Butler, the decedent, : : : : Plaintiff : : v. : : MOUNTAIN VIEW SCHOOL DISTRICT, : : Defendant : | CIVIL ACTION NO. 3:12-CV-2038 (JUDGE MANNION) |

## ORDER

Pending before the court is the defendant's motion to dismiss. (Doc. No. 8). For the reasons stated in the Memorandum of this date, **IT IS HEREBY ORDERED THAT** the defendant's motion to dismiss is **GRANTED** as follows:

**(1)** Counts 1, 4 and 5 are **DISMISSED WITH PREJUDICE**;

**(2)** Counts 2 and 3 are **DISMISSED WITHOUT PREJUDICE**;

**(3)** The plaintiff may file an amended complaint with respect to Counts 2 and 3 on or before **September 9, 2013**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated: August 26, 2013**
O:\Mannion\shared\MEMORANDA - DJ\2012 MEMORANDA\12-2038-01-order.wpd